CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04454-PJS-JJG**
**Internal Use Only**

Clevenger v. Davol, Inc. et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 11/01/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Clevenger** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 40017332.) assigned to Judge Patrick J. Schiltz per Master referred to Magistrate Judge Jeanne J. Graham, filed by Richard Clevenger. (Attachments: # 1 Civil Cover Sheet) (VEM) (Entered: 11/01/2007) |
| 11/01/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (VEM) (Entered: 11/01/2007) |
| 11/01/2007 | | (Court only) *** Copy of complaint sent to the MDL Panel (VEM) (Entered: 11/01/2007) |
| 12/27/2007 | 2 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER |

| | | |
|---|---|---|
| | | (CTO-11) transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Mary M Lisi. (jdf) (Entered: 12/28/2007) |
| 12/28/2007 | 3 | LETTER Case has been transferred via US mail to the District of Rhode Island pursuant to CTO. (jdf) (Entered: 12/28/2007) |

A true printed copy in 2 sheet(s)
of the electronic record filed on ______,
in the United States District Court
for the District of Minnesota.
CERTIFIED December 28, 2007
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk